

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00062-CR

**THE STATE OF TEXAS,**

**Appellant**

 **v.**

**JOSE ESTRADA,**

**Appellee**

**From the County Court at Law
Walker County, Texas
Trial Court No. 15-0686**

# O R D E R

This appeal was abated for the trial court to consider whether appellee is indigent and whether counsel should be appointed. We have been provided an order appointing counsel for appellee.

Accordingly, this appeal is reinstated. Because the State's brief has been filed in this appeal, appellee's brief is due 30 days from the date of this Order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal reinstated
Order issued and filed May 5, 2016

